IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFF THOMAS                                                                                          PLAINTIFF

V.                                                    4:07CV00589 JMM

CHOICEPOINT WORKPLACE
SOLUTIONS, INC.; CHOICEPOINT
SERVICES, INC.; AND
CHOICEPOINT INC.                                                                                 DEFENDANTS

## ORDER OF DISMISSAL

The Court has been informed by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction until February 29, 2008, to rule on subsequent motions and to vacate this order to enforce the settlement agreement if the parties do not perform as required under the agreement and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are denied as being moot.

Dated this 29th day of January 2008.

_____
James M. Moody
United States District Judge